VENKAT BALASUBRAMANI (SBN 189192)
**FOCAL PLLC**
800 Fifth Avenue, Suite 4100
Seattle, WA 98104-3100
Tel: (206) 529-4827
Fax: (206) 260-3966
E-mail: venkat@focallaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRONTRANGE SOLUTIONS USA, INC., a Colorado Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVIDIAN TECHNOLOGIES, INC., a Washington corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO.  CV 12-06340 EDL<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING THE CASE MANAGEMENT CONFERENCE**<br> AS MODIFIED |

WHEREAS, FrontRange Solutions USA Inc. ("FrontRange") filed a Complaint against Defendant Avidian Technologies, Inc. ("Avidian") on December 14, 2012 and served the Complaint on December 21, 2012.

WHEREAS, FrontRange previously granted Avidian an extension of time until January 28, 2013 to respond to the Complaint.

WHEREAS, FrontRange has agreed, subject to the Court's approval, to provide Avidian a further extension of time until March 8, 2013 to respond to the Complaint.

Now therefore, the parties, through undersigned counsel, hereby stipulate that Avidian's deadline to respond to the Complaint is extended until March 8, 2013.  For the reasons set forth

1  in the accompanying Declaration of counsel for defendant, the parties further request that the
2  Court continue the Case Management Conference that is currently set for March 12, 2013, to
3  April ~~2~~ 4, 2013, at 10:00 a.m. or thereafter at the Court's convenience. The parties also request that all of the
4  accompanying deadlines (e.g., for initial disclosures, ADR Certification) be adjusted
5  accordingly.

DATED: February 8, 2013     **Fox Rothschild LLP**

                            By: /s/ Aaron Craig
                            Aaron Craig (SBN 204741)

                            Attorneys for Plaintiff
                            FrontRange Solutions USA Inc.


DATED: February 8, 2013     **FOCAL PLLC**

                            By: /s/ Venkat Balasubramani
                            Venkat Balasubramani (SBN 189192)

                            Attorneys for Defendant
                            Avidian Technologies, Inc.


   I, Venkat Balasubramani, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: February 8, 2013     **FOCAL PLLC**

                            By: /s/ Venkat Balasubramani
                            Venkat Balasubramani (SBN 189192)

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED. A joint case management conference statement shall be filed at least one week prior to the case management conference.

Dated this 11 day of February, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED

Judge Elizabeth D. Laporte